```
1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA  95150-0013
3
   Telephone:  (408) 354-4413
4  Facsimile:   (408) 354-5513

5  Trustee for Debtors
```

**ORIGINAL**

**FILED**

AUG 2 0 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

AcD

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| LARRY TACKER | Case No. 03-50128 MM |
| MELISSA TACKER | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

The final dividend to Creditor, PROVIDIAN NATIONAL BANK in the above entitled matter was returned marked:  FORWARD TIME EXP-RETURN TO SENDER

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $97.97 as an unclaimed dividend.

    Claim # 13      PROVIDIAN NATIONAL BANK
                    P O BOX 5050
                    NORCROSS, GA  30091-5050

Dated: August 18, 2009                    _____
                                          DEVIN DERHAM-BURK, TRUSTEE

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

TO THE ORDER OF

PROVIDIAN NATIONAL BANK
P O BOX 5050
NORCROSS GA 30091-5050

Credit
084038

FORWARD TIME EXP RTN TO SEND
PROVIDIAN
PO BOX 10467
GREENVILLE SC 29603-0467

RETURN TO SENDER

USPS $00.390 MAY 10 2006
MAILED FROM ZIPCODE 95032

Case: 03-50128, Doc# 54, Filed: 08/20/09, Entered: 08/27/09 16:07:30 Page 2 of 2